IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| NAU Holding Company, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Crop 1 Insurance Direct, Inc., Farm Bureau Mutual Insurance Co., and Ecliptic Technologies, Inc.,<br><br>　　　　　　Defendants. | Civil Action No. 06-CV-2446 (JRT/FLN) |

### CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2006, I caused the following document:

　　Motion for Admission Pro Hac Vice (Michael C. Kasdin, Esq.)

to be filed electronically with the Clerk of Court through ECF and that ECF will send an e-notice of the electronic filing to the following:

1. Christopher W. Fowlkes　　chris.fowlkes@msp.bowmanandbrooke.com
2. Kerry L. Middleton　　　　kerry.middleton@bowmanandbrooke.com
3. Shane V. Bohnen　　　　　sbohnen@msp.bowmanandbrooke.com
4. John P. Dosland　　　　　　pdosland@ohnstadlaw.com
5. Sean M. Fredricks　　　　　sfredricks@ohnstadlaw.com
6. Sara K. Sorenson　　　　　ssorenson@ohnstadlaw.com

Dated: June 29, 2006

　　　　　　　　　　　　　　　　　　s/ Sonya R. Braunschweig
　　　　　　　　　　　　　　　　　　Sonya R. Braunschweig, Bar No. 290282

CHGO1\30814623.1